ZINSER, Respondent, vs. ZILSKE and another, Appellants.

For the appellants: *Benton, Bosser, Becker & Parnell* of Appleton.

For the respondent: *Elmer Honkamp* of Appleton, and *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.

SCHLABACH, Respondent, vs. KNUTSON and another, Appellants: WOLF and another, Impleaded Defendants and Respondents.

For the appellants: *Hale & Skemp* of La Crosse.

For the plaintiff-respondent: *Otto M. Schlabach* of La Crosse.

For the impleaded defendants and respondents: *Schubert & Stevenson* of La Crosse.

*By the Court.*—Judgment affirmed.